No. 131, Misc. NOVAK *v.* RAGEN, WARDEN. 
 Certiorari denied.

No. 150, Misc. MAX *v.* ILLINOIS. 
 Certiorari denied.

No. 152, Misc. BAILEY *v.* SCHULER. 

Certiorari denied.

No. 155, Misc. LILYROTH *v.* RAGEN, WARDEN. 
 Certiorari denied.

No. 158, Misc. BAKER *v.* UTECHT, WARDEN. 
 Certiorari denied. 

No. 159, Misc. REYNOLDS *v.* ILLINOIS. 
 Certiorari denied.

No. 160, Misc. SCHULTZ *v.* RAGEN, WARDEN. 

 Certiorari denied.

No. 161, Misc. ADAMS *v.* RAGEN, WARDEN. 
 Certiorari denied.

No. 165, Misc. EVANS *v.* RAGEN, WARDEN. 
 Certiorari denied.

No. 168, Misc. CHALMERS *v.* FOSTER, WARDEN. Court
of Appeals of New York. 
